LAND INVESTMENT, INC. v. BATTLEGROUND ASSOCIATES, No. 151-78

December 12, 1978. Motion for Limited Remand is granted for the purpose of presenting a motion for

relief from judgment on the grounds of newly discovered evidence.